■ In the Matter of the Claim of Sarah E. Gaylord, Appellant. Commissioner of Labor, Respondent. [993 NYS2d 522]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 13, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Stein, McCarthy, Egan Jr. and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.